IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDMANUEL RIVERA | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CAROLYN W. COLVIN, | : | |
| Acting Commissioner of Social Security | : | NO. 14-CV-0184 |

FILED
MAR 24 2015
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

ORDER

J. WILLIAM DITTER, JR., J.,

AND NOW, this 24th day of March, 2015, upon consideration of the Plaintiff's Request for Review, the Commissioner's Response thereto, and Plaintiff's Reply, the Plaintiff's objections and the Commissioner's response, and after careful review of the Report and Recommendation of United States Magistrate Judge Marilyn Heffley, IT IS HEREBY ORDERED that:

1. The Recommendation is APPROVED and ADOPTED.

2. The Plaintiff's Request for Review is GRANTED IN PART, and the matter is REMANDED for further review consistent with the Report and Recommendation.

BY THE COURT:

/s/ J. William Ditter, Jr.
J. WILLIAM DITTER, JR., J.

cc: Judge Heffley